IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-CR-007-RJC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LISA DENISE LANDRUM, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 15) filed April 5, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 15) is **GRANTED**. This Court's text-only order of June 9, 2020 is hereby dismissed because Defendant is no longer employed by Richard Penick, *et al*.

**SO ORDERED.**

Signed: April 5, 2021

David C. Keesler
United States Magistrate Judge