IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-CR-007-RJC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LISA DENISE LANDRUM, | ) |
|                   Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| TPUSA, INC., | ) |
|                   Garnishee. | ) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 27) filed December 29, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and for the reasons stated therein and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Order of Continuing Garnishment (Document No. 25) filed in this case against the Defendant is **DISMISSED**.

**SO ORDERED**.

Signed: December 30, 2021

David C. Keesler
United States Magistrate Judge