# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:12-CR-007-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LISA DENISE LANDRUM, )<br>)<br>Defendant, )<br>and )<br>)<br>LONG TERM CARE GROUP, INC., )<br>)<br>Garnishee. )<br>) | **ORDER OF CONTINUING GARNISHMENT** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Order Of Continuing Garnishment" (Document No. 37) filed December 14, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

Judgment in the criminal case was filed on May 6, 2010 (Document. No. 1-3). As part of that Judgment, Lisa Denise Landrum ("Defendant") was ordered to pay an assessment of $100.00 and restitution of $94,724.41 to the victims of the crime. Id.

On September 21, 2022, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 31) to Long Term Care Group, Inc. ("Garnishee"). Defendant was served with the Writ on October 22, 2022, and Garnishee was served on October 4, 2022. Garnishee filed an Answer (Document No. 34) on October 21, 2022 stating that at the time of the service of the Writ, Garnishee had in its custody, control or possession property or funds owned by Defendant,

including non-exempt, disposable earnings. Defendant has not requested a hearing, and the statutory time to do so has elapsed.

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby ENTERED in the amount of **$87,028.64** computed through September 9, 2022. Garnishee shall pay the United States up to the lesser of: (1) twenty-five (25%) percent of Defendant's disposable earnings which remain after all deductions required by law have been withheld; or (2) the amount by which the Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage. See 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to the Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

Clerk of the United States District Court
401 West Trade Street
Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:12CR7.

**IT IS FURTHER ORDERED** that Garnishee will advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: December 15, 2022

_____
David C. Keesler
United States Magistrate Judge